IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:17-cv-03389 | 1:24-cv-01850 |
| 1:19-cv-01250 | 1:24-cv-07095 |
| 1:19-cv-01251 | 1:24-cv-07109 |
| 1:20-cv-00419 | 1:24-cv-07111 |
| 1:21-cv-06693 | 1:24-cv-07112 |
| 1:24-cv-01099 | 1:24-cv-07113 |
| 1:24-cv-01355 | 1:24-cv-07114 |
| 1:24-cv-01520 | 1:24-cv-07115 |
| 1:24-cv-01680 | 1:24-cv-07117 |
| 1:24-cv-01759 | 1:24-cv-07118 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: November 4, 2024

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson